June 15, 2004

Norman Greenberg
P.O. Box 390062
Cambridge, MA 02139

Judge N. Gertner
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

FILED
IN CLERK'S OFFICE

2004 JUN 15  P 12: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

                RE: Civil Action No. 0312489NG

Dear Judge Gertner:

       On December 3, 2003, I filed the above complaint based on events occurring on May 20, 2003 and thereafter in Vallejo, California. The gist of this case is that the defendants (both California residents) libeled and slandered the plaintiff in the act of carrying out a "citizen's arrest" in which they also involved the police. However, their reasons, given orally and in writing in a formal police complaint, were false as I can clearly and convincingly demonstrate. Thus, this was a case of wrongful arrest, libel, and slander. California law makes the police under such circumstances immune to suit but pointedly does not protect the citizen who might make a wrongful arrest or dishonestly persuade the police to cooperate. Because of the mischief and damage this produced, I filed suit in U.S. District Court based on diversity of jurisdiction since I am resident of Massachusetts. I was temporarily visiting California when this occurred.

       I was notified during January that my request for *in forma pauperis* status was granted but that you would need to make a decision regarding the merits of the case. Since several months have passed since that time and since I am anxious to proceed with this, I have decided to ask you to please consider this case and make a decision about its merits.

Sincerely,

*Norman Greenberg*
Norman Greenberg