U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Norman Greenberg | 03-12489-NG |
| DEFENDANT | TYPE OF PROCESS |
| | S+C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Susan Elliot

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

14311 Dickens St. #210, Sherman Oaks, CA 91423

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Norman Greenberg
P.O. Box 390062
Cambridge, MA 02139

Number of process to be served with this Form - 285

Number of parties to be served in this case: 2

Check for service on U.S.A.: —

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

P.O. Box 486, San Anselmo, CA 94979    Tel. (415) 613-0771
or
Paradise Cay Dock (Paul Arnold vessel)
Tiburon, CA

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Norman Greenberg
TELEPHONE NUMBER: 617 834-4479
DATE: July 19, 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|
| | 1 | 38 | 12 | | | 7/20/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 8/26/2004    Time: 12:37 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
7/20/04 Mailed to Postal D/C A at
8/17/04 NO ANSWER AT RESIDENCE IN SHERMAN OAKS, CA 12:00 PM K.N.M.
8/26/04 NO ANSWER AT RESIDENCE IN SHERMAN OAKS 11 AM K.N.M

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Norman Greenberg,
 Plaintiff,

V.

Susan Elliot, et al.,
 Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 03-12489-NG

TO: (Name and address of Defendant)

Susan Elliot

14311 Dickens St. #210
Sherman Oaks, CA 91423

(or) P.O. Box 486
San Anselmo, CA 94979

Tel, (415) 613-0771

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Norman Greenberg, pro se

P.O. Box 390062
Cambridge, MA 02139

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                              July 8, 2004
CLERK                                                     DATE

_____
(By) DEPUTY CLERK