UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
NORMAN GREENBERG,              )
     Plaintiff,                )
                               )
     v.                        )     C.A. No. 03-12489 NG
                               )
SUSAN ELLIOT and               )
PAUL ARNOLD,                   )
     Defendants.               )
```

GERTNER, D.J.:

## PROCEDURAL ORDER

It is hereby **ORDERED** that plaintiff's time for completing service of process on the defendants be **EXTENDED FOR 60 DAYS** from the date of this order.

Under FED. R. CIV. P. 4(m), this Court has leave to extend the time for service "if the plaintiff shows good cause for the failure." The plaintiff does so here, as he had a United States marshal make repeated -- though failed -- attempts to serve defendants at their only known residential address.

**SO ORDERED.**

Date:  November 22, 2004        /s/NANCY GERTNER, U.S.D.J.